UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: VIRGINIE, Quasbach C.

Case No.: 20-16413
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____July 28, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1398 Suwanee Drive
North Brunswick, New Jersey

FMV=$398,000

Liens on property:
Lien Amount=$354,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

rev.8/1/15

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 20-16413-KCF
    Quasbah C. Virginie                                       Chapter 7
            Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2                   Date Rcvd: Jun 23, 2020
                              Form ID: pdf905          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db              Quasbah C. Virginie,    1398 Suwanee Dr,    North Brunswick, NJ 08902-1635
518830654       Chrysler Capital,    PO Box 961212,    Fort Worth, TX 76161-0212
518830657      +Ez Pass Customer Service Center,    Pob 52003,   Newark, NJ 07101-8203
518830660       Jpmcb Card,    PO Box 30281,   Salt Lake City, UT 84130-0281
518830661      +Lending Club Corp,    595 Market St,    San Francisco, CA 94105-2807
518830663     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: Nj Division Of Taxation,    Pob 245 Bankruptcy Section,
                 Trenton, NJ 08695)
518830669       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518830670       Theresa Francis,    284 E 55th St,    Brooklyn, NY 11203-4702
518830671       US Dept of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
518830672       Wf/Bobs Fn,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2020 23:40:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2020 23:40:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518830652       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 23 2020 23:40:51      American Honda Finance,
                 600 Kelly Way,   Holyoke, MA 01040-9681
518830653       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2020 23:48:11
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT 84130-0281
518830655       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 23:40:22      Comenitybank/victoria,
                 PO Box 182789,   Columbus, OH 43218-2789
518830656       E-mail/Text: mrdiscen@discover.com Jun 23 2020 23:39:59      Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
518830658       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 23 2020 23:40:18      Gm Financial,
                 PO Box 181145,   Arlington, TX 76096-1145
518830659       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 23 2020 23:40:10      Internal Revenue Service,
                 POB 7346,   Philadelphia, PA 19101-7346
518830662       E-mail/Text: bankruptcynotice@nymcu.org Jun 23 2020 23:40:59      Municipal Credit Union,
                 185 Montague St,    Brooklyn, NY 11201-3600
518830664       E-mail/Text: bankruptcyteam@quickenloans.com Jun 23 2020 23:40:58      Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
518830666       E-mail/Text: appebnmailbox@sprint.com Jun 23 2020 23:40:41      Sprint,   Pob 4191,
                 Carol Stream, IL 60197-0000
518830667       E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:33      Syncb/Care Credit,   C/o,
                 PO Box 965036,   Orlando, FL 32896-5036
518830668       E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Syncb/jcp,   PO Box 965007,
                 Orlando, FL 32896-5007
518831128      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518830665      ##Robert E Judge Pc,    131 Lawrence St Fl 2,    Brooklyn, NY 11201-5208
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                              Signature: /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                  Page 2 of 2                   Date Rcvd: Jun 23, 2020
                                  Form ID: pdf905              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Debtor Quasbah C. Virginie vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```