| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Quasbah C. Virginie <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6145 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–16413–KCF | |

## Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Quasbah C. Virginie

8/28/20

**By the court:**   Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 20-16413-KCF
Quasbah C. Virginie                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Aug 28, 2020
                               Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
```
db              Quasbah C. Virginie,    1398 Suwanee Dr,    North Brunswick, NJ  08902-1635
518892598      +ACAR Leasing Ltd. d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
518830654       Chrysler Capital,    PO Box 961212,    Fort Worth, TX  76161-0212
518830657      +Ez Pass Customer Service Center,    Pob 52003,    Newark, NJ 07101-8203
518830660       Jpmcb Card,    PO Box 30281,    Salt Lake City, UT  84130-0281
518830661      +Lending Club Corp,    595 Market St,    San Francisco, CA 94105-2807
518830663     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  Nj Division Of Taxation,    Pob 245 Bankruptcy Section,
                 Trenton, NJ  08695)
518830670       Theresa Francis,    284 E 55th St,    Brooklyn, NY  11203-4702
518830671       US Dept of Ed/Glelsi,    2401 International Ln,    Madison, WI  53704-3121
518830672       Wf/Bobs Fn,    PO Box 14517,    Des Moines, IA  50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2020 01:45:05      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:45:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518830652       EDI: HNDA.COM Aug 29 2020 04:58:00      American Honda Finance,    600 Kelly Way,
                 Holyoke, MA  01040-9681
518830653       EDI: CAPITALONE.COM Aug 29 2020 04:58:00      Capital One Bank USA N,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
518830655       EDI: WFNNB.COM Aug 29 2020 04:58:00      Comenitybank/victoria,    PO Box 182789,
                 Columbus, OH  43218-2789
518830656       EDI: DISCOVER.COM Aug 29 2020 04:58:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
518830658       EDI: PHINAMERI.COM Aug 29 2020 04:58:00      Gm Financial,    PO Box 181145,
                 Arlington, TX  76096-1145
518830659       EDI: IRS.COM Aug 29 2020 04:58:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA  19101-7346
518830662       E-mail/Text: bankruptcynotice@nymcu.org Aug 29 2020 01:45:26      Municipal Credit Union,
                 185 Montague St,    Brooklyn, NY  11201-3600
518830664       E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2020 01:45:23      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
518830666       EDI: NEXTEL.COM Aug 29 2020 04:58:00      Sprint,    Pob 4191,    Carol Stream, IL  60197-0000
518830667       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/Care Credit,    C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
518830668       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/jcp,    PO Box 965007,    Orlando, FL  32896-5007
518831128      +EDI: RMSC.COM Aug 29 2020 04:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518830669       EDI: CITICORP.COM Aug 29 2020 04:58:00      Thd/Cbna,    PO Box 6497,
                 Sioux Falls, SD  57117-6497
                                                                                               TOTAL: 15
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518830665      ##Robert E Judge Pc,    131 Lawrence St Fl 2,    Brooklyn, NY  11201-5208
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                                       Signature: /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                    Page 2 of 2                   Date Rcvd: Aug 28, 2020
                                  Form ID: 318                   Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Debtor Quasbah C. Virginie vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```